UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence P. SCHNAPF,<br>55 East 87th Street, #88<br>New York, New York 10128<br><br>      Plaintiff,<br><br>      v.<br><br><br>NATIONAL ARCHIVES AND RECORDS<br>ADMINISTRATION,<br>700 Pennsylvania Avenue, NW<br>Washington, DC 20408<br><br>      Defendant. | Case No. 1:21-cv-2816 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Minute Order dated January 5, 2022, Plaintiff Lawrence P. Schnapf and Defendant, the National Archives and Records Administration ("NARA"), hereby submit this joint report and proposed schedule for next steps. Counsel for all parties met and conferred via electronic mail.[1]

On January 14, 2022, Plaintiffs filed an Amended Complaint. ECF No. 9. The Amended Complaint raises claims under the Freedom of Information Act, seeking expedited processing and production of records responsive to request submitted to NARA. Defendant filed an Answer to the Amended Complaint on January 28, 2022. ECF No. 10.

Defendant reports that initial searches for responsive records are complete, and there are approximately 1300 potentially responsive pages that need to be reviewed (and deduplicated manually). In addition, some of these records have very large spreadsheets attached which will

---

[1] Counsel for the parties agreed on this text on February 8, 2022, and counsel for Defendant inadvertently failed to file it. Ms. Powell apologizes for the oversight.

also need to be reviewed (based on the current pdf conversions the attachments amount to approximately 5700 pages, but that may change). These numbers may adjust during review.

Defendant further reports that, given NARA's limited staff, other demands, and other litigation deadlines, with respect to the potentially responsive records in this matter, NARA currently intends to complete internal processing 250 pages per month, with the first tranche being completed by the end of March. Many of these records will require external consultation/review as well when internal processing is complete. This processing schedule is subject to further reconsideration and revision in the future.

The parties therefore agree that processing should proceed as described above for the time being. Further discussions may be helpful to resolve, narrow, or clarify areas of disagreement, and the parties propose to continue updating the Court by filing status reports to bring any specific disputes to the Court's attention. Accordingly, the parties propose to file a status report on April 8, 2022, updating the Court on the status of processing and proposing a schedule for next steps.

Dated:  February 8, 2022

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov
*Counsel for Defendant*

Respectfully Submitted,

Mark S. Zaid, Esq.
D.C. Bar #440532

Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com
*Counsel for Plaintiff*