# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Lawrence P. SCHNAPF,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant. | Case No. 1:21-cv-2816 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Minute Order dated February 9, 2022, Plaintiff Lawrence P. Schnapf and Defendant, the National Archives and Records Administration ("NARA"), hereby submit this joint report. Counsel for all parties met and conferred via electronic mail.

On January 14, 2022, Plaintiffs filed an Amended Complaint. ECF No. 9. The Amended Complaint raises claims under the Freedom of Information Act, seeking expedited processing and production of records responsive to a request submitted to NARA. Defendant filed an Answer to the Amended Complaint on January 28, 2022. ECF No. 10.

On February 8, 2022, Defendant reported to the Court that initial searches for responsive records are complete, and there are approximately 1300 potentially responsive pages that need to be reviewed (and deduplicated manually). In addition, some of these records have very large spreadsheets attached which will also need to be reviewed (based on the current pdf conversions the attachments amount to approximately 5700 pages, but that may change). These numbers may adjust during review. Defendant further reported that NARA currently intends to complete internal processing of 250 pages per month, with the first tranche being completed by the end of March. Many of these records will require external consultation/review as well when internal

processing is complete.  This processing schedule is subject to further reconsideration and revision in the future.

On March 31, 2022, Defendant made the first interim release of responsive, non-exempt documents.  As part of this first tranche, NARA identified 34 electronic documents totaling approximately 255 pages responsive to the above-referenced request.  Of these pages, 67 pages were released in full or part and 12 pages were withheld in full.  The remaining 176 pages are being sent to a variety of agencies for consultation.

The parties agree that processing should proceed as described above for the time being.  Further discussions may be helpful to resolve, narrow, or clarify areas of disagreement, and the parties propose to continue updating the Court by filing status reports.  Accordingly, the parties propose to file a status report on June 8, 2022, updating the Court on the status of processing and proposing next steps if appropriate.

| | |
|---|---|
| Dated:  April 8, 2022 | Respectfully Submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | /s/Mark S. Zaid<br>Mark S. Zaid, Esq.<br>D.C. Bar #440532 |
| ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch | Bradley P. Moss, Esq.<br>D.C. Bar #975905 |
| /s/Amy E. Powell<br>AMY E. POWELL<br>Trial Attorney, Federal Programs Branch<br>Civil Division, Department of Justice<br>c/o U.S. Attorney's Office<br>150 Fayetteville St., Suite 2100<br>Raleigh, NC 2760<br>Phone: 919-856-4013<br>Email: amy.powell@usdoj.gov<br>*Counsel for Defendant* | Mark S. Zaid, P.C.<br>1250 Connecticut Avenue, N.W.<br>Suite 700<br>Washington, D.C. 20036<br>(202) 454-2809<br>(202) 330-5610 fax<br>Brad@MarkZaid.com<br>Mark@MarkZaid.com<br>*Counsel for Plaintiff* |