UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence P. SCHNAPF,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant. | Case No. 1:21-cv-2816 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Minute Order dated March 17, 2023, Plaintiff Lawrence P. Schnapf and Defendant, the National Archives and Records Administration ("NARA"), hereby submit this joint report. Counsel for all parties met and conferred via electronic mail.

On January 14, 2022, Plaintiffs filed an Amended Complaint. ECF No. 9. The Amended Complaint raises claims under the Freedom of Information Act, seeking expedited processing and production of records responsive to a request submitted to NARA. Defendant filed an Answer to the Amended Complaint on January 28, 2022. ECF No. 10.

On February 8, 2022, Defendant reported to the Court that initial searches for responsive records were complete, and there were approximately 1300 potentially responsive pages that need to be reviewed (and deduplicated). In addition, some of these records had very large spreadsheets attached which also needed to be reviewed. Defendant further reported that NARA intended to complete internal processing of 250 pages per month, but that many of these records would require external consultation/review as well when internal processing is complete. The parties agreed that this processing schedule would be subject to further reconsideration and revision in the future.

2

In the status report dated July 3, 2023, Defendant reported that all outstanding document processing was complete, and the parties continue to discuss the remaining issues. On August 19, 2023, Plaintiff provided Defendant with a list of redactions that Plaintiff may challenge. To facilitate further discussion, on or about October 6, 2023, Defendant intends to provide Plaintiff with a draft index addressing the basis for withholding in the documents identified by Plaintiff. Counsel for the parties will continue to meet and confer to in an effort to narrow the remaining issues. The parties believe that this process may narrow or clarify the issues remaining for judicial resolution, and the next status report is due on or before November 5, 2023, proposing next steps.

Dated:  September 5, 2023                                   Respectfully Submitted,


BRIAN M. BOYNTON                                            /s/Mark S. Zaid
Principal Deputy Assistant Attorney General                 Mark S. Zaid, Esq.
                                                            D.C. Bar #440532
ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch                    Bradley P. Moss, Esq.
                                                            D.C. Bar #975905
*/s/Amy E. Powell*                                          Mark S. Zaid, P.C.
AMY E. POWELL                                               1250 Connecticut Avenue, N.W.
Senior Trial Attorney                                       Suite 700
Federal Programs Branch                                     Washington, D.C. 20036
Civil Division, Department of Justice                       (202) 454-2809
c/o U.S. Attorney's Office                                  (202) 330-5610 fax
150 Fayetteville St., Suite 2100                            Brad@MarkZaid.com
Raleigh, NC 2760                                            Mark@MarkZaid.com
Phone: 919-856-4013                                         *Counsel for Plaintiff*
Email: amy.powell@usdoj.gov

*Counsel for Defendant*